UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTHONY MICHAEL GIOIOSA, SR., | Case No. 3:22-cv-00068-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| H.D.S.P. LOCKDOWN, | |
| Defendant. | |

*Pro se* Plaintiff Anthony Gioiosa, Sr., who is incarcerated in the custody of the Nevada Department of Corrections, has submitted an untitled document to this Court with no case number, no application to proceed *in forma pauperis*, and no filing fee. (ECF No. 1-1.) Moreover, Gioiosa's untitled document appears to contain his full social security number. (*See id.*) Because it is unclear to the Court whether this document is meant to be filed in an existing case, meant to initiate a new case, and does not redact Gioiosa's social security number, the Court will dismiss this action without prejudice.

If Gioiosa seeks to initiate a new lawsuit, Gioiosa must file a complaint and either pay the full $402.00 filing fee for a civil action or file an application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 3; 28 U.S.C. §§ 1914-1915. Moreover, if Gioiosa must include his social security number in his filings, Gioiosa may only include "the last four digits of the social-security number." Fed. R. Civ. P. 5.2(a)(1); *see* LR IC 6-1. "The court may strike documents that do not comply with these rules." LR IC 7-1.

///
///
///
///

The Clerk of Court is therefore directed to redact Plaintiff Anthony Gioiosa, Sr.'s social security number in the untitled document (ECF No. 1-1) and then docket the untitled document.

It is therefore ordered that this action is dismissed without prejudice. The Clerk of Court is further directed to close this case.

The Clerk of Court is further directed to send to Gioiosa the approved form for filing a § 1983 complaint, instructions for the same, a redacted copy of Gioiosa's untitled document (ECF No. 1-1), and the *in forma pauperis* application packet and instructions for an inmate.

DATED THIS 7th Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE